**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000837
26-JUN-2026
08:04 AM
Dkt. 12 ODSD**

NO. CAAP-25-0000837

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SHAREEN W. KAHEAKU, Plaintiff-Appellant,
v.
THE STATE OF HAWAIʻI ATTORNEY GENERAL ANNE LOPEZ,
Defendant-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-25-0000373)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before January 20, 2026, and February 17, 2026, respectively;

(2) Self-represented Plaintiff-Appellant Shareen W. Kaheaku (**Kaheaku**) failed to file either document or request an extension of time;

(3) On February 23, 2026, the appellate clerk entered a default notice informing Kaheaku that the time for filing the statement of jurisdiction and opening brief had expired, the

matter would be called to the court's attention on March 5, 2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rules 12.1(e) and 30, and Kaheaku could request relief from default by motion; and

(4) Kaheaku has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 26, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge